# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED 05 MAY 11 PM 4:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CHARLES LAMARCO TANZY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| CITY OF GALLOWAY, et al., | CASE NO: 04-2773 Ml/V |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered May 11, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

May 11, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

/s/ Earline Brayer
(By) Deputy Clerk

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02773 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Charles Lamarco Tanzy
P.O. Box 252
Galloway, TN 38036

Honorable Jon McCalla
US DISTRICT COURT